UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    MICHAEL P DORSEY  
    NANCY J DORSEY  
        Debtor(s)

Case No. 09-32555

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/01/2009.

2) The plan was confirmed on 11/13/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 10/01/2010.

6) Number of months from filing to last payment: 11.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $27,400.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,785.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$5,785.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,514.51 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $311.63 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,826.14** |

Attorney fees paid and disclosed by debtor:     $1,985.49

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLIED WASTE SERVICES | Unsecured | 116.86 | NA | NA | 0.00 | 0.00 |
| APPLIED BANK | Unsecured | 3,860.08 | 3,860.08 | 3,860.08 | 0.00 | 0.00 |
| APPLIED BANK | Unsecured | 4,429.45 | 4,429.45 | 4,429.45 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 120.00 | 120.47 | 120.47 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 166.60 | 166.60 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 304.00 | 304.56 | 304.56 | 0.00 | 0.00 |
| AT&T | Unsecured | 1,380.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 673.00 | 661.28 | 661.28 | 0.00 | 0.00 |
| CALVARY PORTFOLIO SERVICES | Unsecured | NA | 8,470.39 | 8,470.39 | 0.00 | 0.00 |
| CALVERT EDUCATIONAL SERVICES | Unsecured | 544.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,628.00 | 1,679.07 | 1,679.07 | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 7,456.00 | 7,711.52 | 7,711.52 | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 595.75 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | NA | 1,540.41 | 1,540.41 | 0.00 | 0.00 |
| CITY OF HENDERSON UTILITIES | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 477.90 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 414.96 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL LTD | Unsecured | 890.17 | 1,067.36 | 1,067.36 | 0.00 | 0.00 |
| COX COMMUNICATIONS | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| DRIVETIME | Unsecured | 8,143.00 | NA | NA | 0.00 | 0.00 |
| DT CREDIT CORP | Unsecured | 2,897.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE DENTAL CARE | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| EDENS GARDEN APARTMENTS | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| FIRST HORIZON HOME LOAN CORP | Secured | 16,198.00 | 16,197.36 | 16,197.36 | 3,958.86 | 0.00 |
| FIRST HORIZON HOME LOAN CORP | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FORD MOTOR CREDIT CORP | Unsecured | 9,648.00 | 14,341.95 | 14,341.95 | 0.00 | 0.00 |
| FREEMONT MEDICAL CENTERS | Unsecured | 333.00 | NA | NA | 0.00 | 0.00 |
| GRANT COOPER | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| IL DEPT OF HEALTHCARE & FAMILY | Unsecured | 1,211.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 13.38 | 13.38 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 586.00 | 402.07 | 402.07 | 0.00 | 0.00 |
| JAMES & ALICE MORGAN | Unsecured | 8,400.00 | NA | NA | 0.00 | 0.00 |
| JAMES GABROY | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE BANK | Unsecured | 12,145.00 | 10,084.97 | 10,084.97 | 0.00 | 0.00 |
| KISHWAUKEE MEDICAL ASSOC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| KLEIN STODDARD ET AL | Unsecured | 2,189.00 | 2,188.50 | 2,188.50 | 0.00 | 0.00 |
| LOYOLA UNIV MEDICAL CENTER | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 6,122.00 | 6,122.16 | 6,122.16 | 0.00 | 0.00 |
| MONTEGO BAY | Unsecured | 3,508.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 311.93 | NA | NA | 0.00 | 0.00 |
| REPUBLIC SERVICES | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 1,306.00 | 1,306.83 | 1,306.83 | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Unsecured | 358.00 | 236.86 | 236.86 | 0.00 | 0.00 |
| SILVER STATE SCHOOLS CREDIT UN | Unsecured | 405.00 | 305.29 | 305.29 | 0.00 | 0.00 |
| SILVER STATE SCHOOLS CU | Unsecured | 332.00 | NA | NA | 0.00 | 0.00 |
| ST ROSE DOMINICAN HOSPITAL | Unsecured | 5,506.00 | NA | NA | 0.00 | 0.00 |
| STEVEN A JIISM DDS | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| THE CASH STORE | Unsecured | 2,100.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 1,200.00 | 549.99 | 549.99 | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL CARD SVCS | Unsecured | 1,001.00 | NA | NA | 0.00 | 0.00 |
| WASTE MANAGEMENT RESIDENTIAL | Unsecured | 36.57 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO AUTO FINANCE | Unsecured | 12,622.00 | 15,720.00 | 15,720.00 | 0.00 | 0.00 |
| WINFIELD FAMILY DENTISTRY | Unsecured | 577.03 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $16,197.36 | $3,958.86 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,197.36** | **$3,958.86** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $402.07 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$402.07** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$80,881.12** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $1,826.14 |
| Disbursements to Creditors | $3,958.86 |
| **TOTAL DISBURSEMENTS** : | **$5,785.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/13/2010                           By: /s/ Glenn Stearns
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**